## Commonwealth *v.* Cochran, Appellant.

Before DOTY, A. J.

Ar-

gued September 9, 1974. *Jack J. Levine,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Larry D. Feldman* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.